IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

K.M., both individually and on behalf of a            No. 2:18-CV-0097 (MRH)
class of others similarly situated,

        Plaintiff,

v.

The County of Allegheny,

        Defendant.

## CONSENT DECREE

WHEREAS Plaintiff K.M. ("Plaintiff"), has filed a Complaint against Defendant Allegheny County alleging the violation of Plaintiff and putative class members' constitutional rights to privacy;

WHEREAS Defendant Allegheny County ("Defendant") denies any liability to the Plaintiff or any other person arising out of the occurrences alleged in the Complaint;

WHEREAS, since the commencement of this action, Allegheny County has implemented a series of changes designed to protect the privacy of the individuals being interviewed about sensitive information during the booking process, including, but not limited to:

    i.    The addition of privacy cubicles at the booking desk;

    ii.    Conducting mental health screening in the health care processing area, rather than at the booking desk; and,

    iii.    Clear demarcation of where detainees should wait in line so as to not overhear the detainees in front of them being questioned about sensitive matters.

WHEREAS, pursuant to this Consent Decree, Allegheny County is committing to enforcement of a policy forbidding any person from lingering or loitering within earshot of the initial intake screening, except for a corrective officer, if necessary, for security purposes;

WHEREAS Defendant submits that the specific and comprehensive changes measures set forth in this Consent Decree have resulted in the cessation of the constitutional violations alleged in the Complaint;

NOW, THEREFORE, before the taking of any testimony, without the adjudication or admission of any issue of fact or law, and with the consent of the Parties, IT IS HEREBY ADJUDGED, ORDERED, AND DECREED as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331, 1341, and 1343; 42 U.S.C. § 1983; 28 U.S.C. § 2201; and over the Parties. Venue lies in this District pursuant to 28 U.S.C. § 1391(e)(2) because a substantial part of the events giving rise to Plaintiff's and Class claims occurred within this judicial district.

## INJUNCTIVE RELIEF

2. Allegheny County agrees to maintain and enforce its current policy forbidding any person from lingering or loitering within earshot of the initial intake screening, except for a corrective officer, if necessary, for security purposes.

## MISCELLANEOUS

3. The Effective Date of this Consent Decree shall be the date upon which this Consent Decree is entered by the Court.

4. The Court shall retain jurisdiction over this case for the purposes of resolving disputes arising under this Consent Decree, entering orders modifying this Decree, or effectuating or enforcing compliance with the terms of this Decree.

5. The terms of this Consent Decree may be modified only by a subsequent written agreement signed by the Plaintiff and Allegheny County. Where the modification constitutes a material change to any term of this Consent Decree that would reduce the privacy protect, it shall be effective only upon approval by the Court, but Court approval shall not be necessary for any change that increases privacy protection.

6. This Consent Decree may be signed in counterparts, and its validity shall not be challenged on that basis.

## FINAL JUDGMENT

7. Upon approval and entry of this Consent Decree by the Court, this Consent Decree shall constitute a final judgment of the Court in this action as to the Plaintiff and Allegheny County. The Court finds that there is no just reason for delay and therefore enters this judgment as a final judgment under Fed. R. Civ. P. 54 and 58.

DATED this 21ST day of JANUARY 2025.

United States District Court
Western District of Pennsylvania

We hereby consent to the entry of the Consent Decree in the matter of K.M. v. the County of Allegheny subject to public notice and comment.

_____
PLAINTIFF K.M.

_____ /s/JW/
Nicholas Migliaccio, Esquire

_____ /s/JW/
Elmer Robert Keach, III, Esquire

_____
D. Aaron Rihn, Esquire

*Counsel for Plaintiff*

I hereby consent to the entry of the Consent Decree in the matter of K.M. v. the County of Allegheny subject to public notice and comment.

/SJW/

John A. Bacharach
Allegheny County Assistant County Solicitor